IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TAHIRIH JUSTICE CENTER, )
)
Plaintiff, )
)
v. ) Case No. 1:21cv934 (TSE/TCB)
)
UNITED STATES CITIZENSHIP AND )
IMMIGRATION SERVICES, AND UNITED )
STATES DEPARTMENT OF HOMELAND )
SECURITY, )
)
Defendants. )
_____)

## ORDER

This matter comes before the Court on the parties' Joint Status Report and Second Joint Motion for Production Schedule. Upon consideration of the motion, and for good cause shown,

It is hereby ORDERED that the parties' motion is GRANTED.

It is further ORDERED that USCIS will continue monthly rolling productions in February, March, and April, and that USCIS must complete its production of responsive documents no later than **April 18, 2022**. No further extensions will be granted.

It is further ORDERED that on or before April 18, 2022, the parties will jointly or individually submit a status report regarding, *inter alia*, whether any issues remain that need to be resolved by the Court.

Dated: 2/16/22

UNITED STATES DISTRICT JUDGE